# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARPE MORTGAGE INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN TAYLOR NETTLES, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-01708-LJO-JDP <br><br> ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE <br><br> ECF No. 6 |

Plaintiff Karpe Mortgage has filed a notice of voluntary dismissal under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. ECF No. 6. No opposing party has served either an answer or a motion for summary judgment. The court therefore directs the clerk's office to close the case.

IT IS SO ORDERED.

Dated: January 25, 2020

UNITED STATES MAGISTRATE JUDGE

No. 205.